UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-60540-CIV-DAMIAN

**HOWARD COHAN**,

    Plaintiff,

v.

**TIJUANA FLATS BURRITO COMPANY, LLC,**
*d/b/a* **Tijuana Flats #111**,

    Defendant.

_____/

**OMNIBUS ORDER FOLLOWING MAY 2, 2024 CONFERENCE**

**THIS CAUSE** came to be heard on May 2, 2024 for a Status Conference. For the reasons stated on the record in open court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Parties shall file a Joint Status Report on or before June 3, 2024, updating the Court as to the status of the litigation and pending settlement, if any.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 3rd day of May, 2024.

                                                                                          **MELISSA DAMIAN**
                                                                           **UNITED STATES DISTRICT JUDGE**